# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE; et al., <br><br> Plaintiffs, <br> vs. <br> UNITED STATES DEPARTMENT OF THE INTERIOR; et al., <br><br> Defendants. | CASE NO. 10cv2664-WQH-WVG <br><br> ORDER |

HAYES, Judge:

IT IS HEREBY ORDERED that, pursuant to Plaintiffs' Notice of Withdrawal (ECF No. 102), the Application for Temporary Restraining Order (ECF No. 16) is withdrawn. The request for a ruling on the Application for Temporary Restraining Order by Defendant-Intervenor Genesis Solar, LLC ("Genesis Solar") (ECF No. 106) is denied.

IT IS FURTHER ORDERED that, pursuant to Plaintiffs' Notice of Voluntary Dismissal (ECF No. 108) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant-Intervenor Genesis Solar and Defendant-Intervenor Palo Verde Solar I, LLC are dismissed without prejudice, and the Motions to Intervene and Motions to Dismiss filed by Bright Source Energy, Inc., Calico Solar, LLC and Genesis Solar (ECF Nos. 28, 57, 65, 89, 95) are denied as moot. The request by Genesis Solar for "a briefing schedule for a Rule 41(a)(2) hearing" (ECF No. 107 at 3) is denied without prejudice to raise the issue before any court in which Plaintiffs "file[] an action based on or including the same claim against the same defendant." Fed. R. Civ. P. 41(d).

DATED: January 25, 2011

                                             **WILLIAM Q. HAYES**
                                             United States District Judge