1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE, et al., | CASE NO. 10cv2664-LAB (CAB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al, | |
| Defendants. | |

Defendants on April 25, 2013 filed a motion to dismiss for lack of jurisdiction. Then on May 29, while the motion was still pending, they filed a supplemental motion to dismiss. On May 30, Plaintiffs filed a notice of non-opposition stating that they do not oppose dismissal on the terms included in the supplemental motion, ¶ 9.

While the Court acknowledges Defendants' representations in ¶ 9, it does not retain jurisdiction over this moot matter. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITHOUT PREJUDICE AS MOOT**. All pending motions are **DENIED AS MOOT** and all pending hearings and dates are **VACATED**.

**IT IS SO ORDERED**.

DATED:  June 5, 2013

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge

10cv2664